MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
CINDY MEJIA,                    :
                                :
            Plaintiff,          :
                                :
     - v. -                     :
                                :    STIPULATION AND ORDER
                                :    07 Civ. 10555 (SHS)
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 25, 2008 to and including April 25, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       January 30, 2008

                                                  *Cindy Mejia*
                                                  CINDY MEJIA
                                                  Plaintiff Pro Se
                                                  480 Audobon Avenue
                                                  Apt. #B33
                                                  New York, New York   10040
                                                  Telephone No: (212)740-4352

                                                  MICHAEL J. GARCIA
                                                  United States Attorney
                                                  Southern District of New York

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    86 Chambers Street, 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 2/26/08

_____
UNITED STATES DISTRICT JUDGE