UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CINDY MEJIA,                                  :

                    Plaintiff,          :

        -against-                        :

MICHAEL J. ASTRUE, Commissioner of Social    :
Security,

                                          :

                  Defendant.
------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 3/27/08**

07 Civ. 10555 (SHS) (GWG)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____  Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____  Settlement*

____  Inquest After Default/Damages Hearing

**XX**  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

____  Habeas Corpus

____  Social Security

____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Defendants' motion for summary judgment

All such motions: ____

Dated: New York, New York
       March 27, 2008

SO ORDERED:

Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.