

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

5/27/08

May 27, 2008

By Fax

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: Cindy Mejia v. Astrue
    07 Civ. 10555 (SHS) (GWG)

Dear Judge Gorenstein:

This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of the government's response to the complaint, I encountered several issues that required additional factual investigation before submitting the government's response. However, due to the press of work, I have been unable to write to the Agency about these issues. Therefore, I respectfully request an extension of two weeks from May 27, 2008 until June 10, 2008, to respond to the complaint.

Two prior extensions have been granted to the government, as the government's response was originally due on February 25, 2008. Plaintiff pro se has kindly consented to this request.

Granted

SO ORDERED: DATE: 5/27/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Thank you for your consideration of this request.

>Respectfully,
>
>MICHAEL J. GARCIA
>United States Attorney
>
>By: *(signature)*
>LESLIE A. RAMIREZ-FISHER
>Assistant U.S. Attorney
>Telephone: (212) 637-0378
>Fax: (212) 637-2750

cc: Cindy Mejia, Plaintiff Pro Se (by overnight mail)