UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CINDY MEJIA,                                        :

          Plaintiff,                     :   **SCHEDULING ORDER**

       -against-                                :
                                                        07 Civ. 10555(GWG)
COMMISSIONER OF SOCIAL SECURITY,   :
          Defendant.
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A complaint and answer having been filed in this matter, IT IS HEREBY ORDERED that:

      1. On or before July 28, 2008, defendant shall serve and file a motion for judgment on the pleadings.

      2. On or before August 27, 2008, plaintiff shall serve and file a memorandum of law in opposition.

      3. On or before September 10, 2008, defendant may serve and file a memorandum of law in reply.

      4. Should plaintiff fail to oppose defendant's motion, this Court will decide the motion based solely on the defendant's submission.

      SO ORDERED.

Dated: New York, New York
       June 11, 2008

                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge

Copies mailed to:

Cindy Mejia
480 Audobon Avenue
New York, NY 10040

Leslie A. Ramierz-Fisher
Assistant U.S. Attorney
86 Chambers St., 3rd Floor
New York, NY 10007