ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-0378
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
CINDY MEJIA,                       :
                                   :
            Plaintiff,             :
                                   :
       - v. -                      :    STIPULATION AND ORDER
                                   :        OF REMAND
MICHAEL J. ASTRUE,                 :    07 Civ. 10555(SHS)(GWG)
Commissioner of                    :
Social Security,                   :
                                   :
            Defendant.             :
- - - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       June 13, 2008

                              */s/ Cindy Mejia*
                              CINDY MEJIA
                              Plaintiff Pro Se
                              480 Audoborn Avenue
                              Apt. #B33
                              New York, New York 10040
                              Telephone No. (212) 928-2350

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                       By: */s/ Leslie A. Ramirez-Fisher*
                              LESLIE A. RAMIREZ-FISHER
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone No.: (212) 637-0378
                              Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 6/25/08

_____
United States District Judge